The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| ROBERT B., KARA B., and K.B., <br><br> Plaintiffs, <br><br> v. <br><br> THE PROVIDENCE HEALTH & SERVICES HEALTH AND WELFARE PLAN, <br><br> Defendant. | NO. 2:24-CV-00645-KKE <br><br> ORDER OF DISMISSAL |

THIS MATTER comes before the Court upon the parties' stipulated motion to dismiss with prejudice. Dkt. No. 31. The Court GRANTS the motion.

It is hereby ORDERED, ADJUDGED, AND DECREED that all of the claims asserted in the above-entitled matter are hereby DISMISSED in their entirety with prejudice and without award of costs or fees to any party.

DATED this 23rd day of September, 2024.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL - 1
#5634602 v3 / 42700-060